IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SCOTT HARTMAN,

     Appellant,

v.

HERNANDO COUNTY SHERIFF'S OFFICE,
SHAUN KLUCZNIK, A. BATCHELDER, K.
DEKANY, R. MCPHEE, S. SOLLAZZO, AND
C. ANDREWS,

     Appellees.

_____/

Case No. 5D22-574
LT Case No. 2021-CA-905

Decision filed January 31, 2023

Appeal from the Circuit Court
for Hernando County,
Pamela Stinnette Vergara, Judge.

Scott Hartman, Brooksville, pro se.

Clifford A. Taylor, of The Hogan Law
Firm, Brooksville, for Appellee,
Hernando County Sheriff's Office.

No Appearance for Remaining
Appellees.

PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.